FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 9 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Michelle Feador,

    Plaintiff,

v.

State Farm Mutual Automobile Insurance Company,

    Defendant.

Case No.: 2:13-cv-1791-JAD-NJK

**Order Re: Docs. 28, 29, 34**

For the reasons stated on the record during the December 9, 2014, hearing,

It is HEREBY ORDERED that defendant's Motion for Summary Judgment **[Doc. 34] is DENIED**.

It is FURTHER ORDERED that plaintiff's Motions in Limine **[Docs. 28, 29] are DENIED**.

The parties are hereby ordered to a settlement conference before a Magistrate Judge.

DATED: December 9, 2014

_____
Jennifer A. Dorsey
United States District Judge